UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:22-cr-16 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| DE'ZHANAE DISTARI MRHEA ROWAN, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon Defendant De'zhanae Distari Mrhea Rowan's Unopposed Motion for Early Termination of Probation (Doc. #42).

The undersigned held a teleconference with counsel for the Government, Defendant's counsel, and the Probation Officer on December 10, 2024. During the teleconference, the Probation Officer indicated that Defendant has had no issues on probation, and the Probation Officer has no opposition to Defendant's Motion. Counsel for the Government stated that she has no objection to early termination of Defendant's probation.

Accordingly, for the reasons stated during the teleconference, Defendant De'zhanae Distari Mrhea Rowan's Unopposed Motion for Early Termination of Probation (Doc. #42) is hereby **GRANTED**, and Defendant's probation is **TERMINATED**.

**IT IS SO ORDERED.**

December 10, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge